*UNITED STATES DISTRICT COURT*
**NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

# NOTICE

**UNITED STATES OF AMERICA**

**VS.**                                                                                    **NO.: 1:10cr36-P-D**

**CHARLES H. WELLS**

_____

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| FEDERAL BUILDING<br>GREENVILLE, MS | Courtroom No. 1 |
| | **Date and Time**<br>FRIDAY, MAY 7, 2010<br>1:30 PM. |

**Type of Proceeding**
WAIVING INDICTMENT, FILING INFORMATION, TAKING OF PLEA
BEFORE DISTRICT JUDGE W. ALLEN PEPPER, JR.
A PRESENTENCE INTERVIEW WILL TAKE PLACE IMMEDIATELY FOLLOWING
COUNSEL FOR DEFENDANT MAY ATTEND

DAVID CREWS, Clerk of Court
/s/ Sally Freeman
Courtroom Deputy

**Date: 3/30/2010**
**To:**
**Chad Lamar ecf**
**Kenneth Coghlan ecf**

PLEASE CONTACT SALLY FREEMAN IF YOU HAVE ANY QUESTIONS AT 390-4318