NOTICE TO ALL ASSISTANT UNITED STATES ATTORNEYS

DATE          July 31, 2001

RE            FACTUAL BASIS and ELEMENTS

        THIS IS A REMINDER TO LET ME HAVE THE FACTUAL BASIS AND

ELEMENTS IN CONNECTION WITH ALL PLEA HEARINGS **NO LATER THAN TWO**

**DAYS PRIOR** TO THE DATE OF SAID HEARING.

                              W. ALLEN PEPPER, JR.
                              UNITED STATES DISTRICT JUDGE