AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __Mississippi__

UNITED STATES OF AMERICA

v.

CHARLES H. WELLS

**WAIVER OF INDICTMENT**

FILED 5/7/2010 7:35 pm
DAVID CREWS, CLERK
BY _Freeman_
DEPUTY

CASE NUMBER: 1:10CR 036

I, __CHARLES H. WELLS__, the above named defendant, who is accused of

aided and abetted by others, devised and executed a scheme to defraud in order to avoid payment of escrow in connection with the sale and distribution of cigarettes and did knowingly and willfully make and cause to be made materially false statements as to information required by regulation, and conspired with others to conduct financial transactions knowing that such were the proceeds of unlawful activities,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __May 7, 2010__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x _Charles Wells_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer