## NORTHERN DISTRICT OF MISSISSIPPI

United States of America,                    :        Case No.  1:10cr36-P-D
                                             :
                    Plaintiff                :
                                             :
         v.                                  :
                                             :
Charles H. Wells
                              :        **PERSONAL RECOGNIZANCE**
                    Defendant          :


I, CHARLES H. WELLS,  having been charged by way of information with the offense of

aiding and abetting in execution of a scheme to defraud and swindle,   in violation of Title 18 U.S.C.

Sections 2 and  T 18 U.S.C., Sections 1341 and 2341(1((A) and (B),   having appeared in the United

States District Court for the Northern  District of Mississippi in response thereto and having been

advised of the terms and conditions of release pursuant to the Bail Reform Act, 18 U.S.C. §3141 et seq.,

and in particular the possible penalty prescribed by 18 U.S.C. §3146 for failure to appear before a court

as required by the conditions of release, do hereby commit myself to make all such appearances of

which I have received proper and timely notice.


_____
Defendant

Address given -  City and State:

Approved:

_____
United States District Judge

Hopkinsville KY

5 - 7 - 2010

Date