UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
**Criminal Minutes - General**

Case No. 1:10cr36-P-D     Place Held <u>GREENVILLE, MS</u>
Style <u>UNITED STATES OF AMERICA V. Charles H. Wells</u>
Date, Time: 5/7/2010, 1:30PM - 2:30 pm
TOTAL TIME <u>1 hr</u>

PRESENT:
Honorable <u>W. Allen Pepper, Jr.</u>, District Judge

<u>Sally Freeman</u>              <u>Susan Alford</u>
Deputy Clerk                  Court Reporter

Defendant:                    Attorney(s) for Defendant:
Charles H. Wells              Kenneth H. Coghlan

**PROCEEDINGS:** WAIVING INDICTMENT, FILING INFORMATION AND TAKING OF PLEA

**Defendant:**
**Charles H. Wells**

**PLEA:**   **GUILTY**           NOT GUILTY      NOLO CONTENDERE
    <u>Cts 1, 2, & 3</u>
      **INFORMATION**
      (Without Indictment)

Bond   <u>See remarks below</u>

**REMARKS:**
**WAIVER OF INDICTMENT executed and filed;**

**INFORMATION, PENALTIES AND COVER SHEET filed;**

**PLEA AGREEMENT AND PLEA SUPPLEMENT FILED**

**PERSONAL RECOGNIZANCE BOND EXECUTED AND FILED;**

DAVID CREWS, Clerk of Court
/s/ Sally Freeman
Courtroom Deputy